UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CENTERSTATE BANK OF FLORIDA, N.A.,

    Plaintiff,

v.                                                    Case No.  5:12-cv-92-Oc-TJC-TBS

PAUL C. MADISON, et al.,

    Defendants.
_____

## ORDER

This matter is before the Court sua sponte.  A review of the record reveals that the above-captioned case was transferred from the United States District Court for the Middle District of Florida, Tampa Division on February 14, 2012 and received in the Ocala Division of the same district court on February 16, 2012.  (Docs. 21-23)  The Clerk has brought it to the Court's attention that Plaintiff's counsel, Kelly P. Butz is not a member of the bar of the Middle District of Florida.

Upon consideration of the foregoing, it is hereby ORDERED that Ms. Butz has fourteen (14) days from the date of this Order to seek general admission to this Court pursuant to M.D. FLA. R. 2.01, and if necessary, special admission to practice pursuant to M.D. FLA. R. 2.02.  If she is not admitted to practice in this federal district within the time allotted, the Clerk shall remove her as counsel of record.

DONE AND ORDERED in Ocala, Florida on February 16, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel